# Court of Appeals
# of the State of Georgia

ATLANTA, __December 12, 2018__

*The Court of Appeals hereby passes the following order:*

**A19A0737. STEVEN MARK JOHNSON v. THE STATE.**

A jury found Steven Mark Johnson guilty of rape, and his conviction was affirmed on appeal. See *Johnson v. State*, 328 Ga. App. 702 (760 SE2d 682) (2014). Years later, Johnson filed a motion to set aside a void judgment of conviction, arguing that the trial court lack jurisdiction. The trial court denied the motion, and Johnson filed this direct appeal.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Johnson is not authorized to collaterally attack his conviction in this manner, his appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Matherlee v. State*, 303 Ga. App. 765, 766 (694 SE2d 665) (2010).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __12/12/2018__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.